# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2741
_____

Charles Carpenter, Sr.

*Plaintiff - Appellant*

v.

Merritt Hospitality, LLC, doing business as HEI Hotels & Resorts

*Defendant - Appellee*

Alida Poston; Latrina Griffin; Brian Schneider

*Defendants*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 25, 2026
Filed: March 3, 2026
[Unpublished]

_____

Before BENTON, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Charles Carpenter appeals after the district court[1] adversely granted summary judgment in his employment discrimination action following the preservice dismissal of some claims. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. See Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (reviewing de novo 28 U.S.C. § 1915(e) dismissal for failure to state claim); see also Denson v. Steak'n Shake, Inc., 910 F.3d 368, 370 (8th Cir. 2018) (reviewing grant of summary judgment de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Stephen R. Clark, Chief Judge, United States District Court for the Eastern District of Missouri.